# United States District Court
# Central District of California

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOVANA CHAVEZ; DOES 1–10,<br><br>　　　　　Defendants. | Case № 2:17-cv-4034-ODW-AS<br><br><br>**FINAL JUDGMENT** |

　　　　On May 31, 2017, Plaintiff Chris Langer initiated this Americans with Disabilities Act ("ADA") case against Defendant Yovana Chavez.[1] (Compl., ECF No. 1.) On April 20, 2018, Defendant moved for summary judgment on all of Plaintiff's ADA claims and requested that the Court decline supplemental jurisdiction over Plaintiff's state-law claim under the Unruh Civil Rights Act. (ECF No. 29.) The Court granted Defendant's Motion in full. (ECF No. 44.)

///
///
///
///
///
///

---

[1] Plaintiff erroneously sued Defendant as "Yobana Chavez."

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Judgment is entered for Defendant on Plaintiff's ADA claims.
2. Plaintiff shall take nothing on his ADA claims against Defendant.
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's claim under the Unruh Civil Rights Act claim and **DISMISSES** that claim without prejudice.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 20, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**